B5 (Official Form 5) (12/07)

## FORM 5. INVOLUNTARY PETITION

| United States Bankruptcy Court | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>**Gleason/Madden Partnership** | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-ID No./Complete EIN (If more than one, state all.) | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>**2401 South Michigan Avenue**<br>**Chicago, IL 60616** | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>**Cook** | |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

**9401 North Milwaukee Avenue, Niles, IL 60714**

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
☐ Chapter 7   ■ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts (Check one box) | Type of Debtor (Form of Organization) | Nature of Business (Check one box) |
|---|---|---|
| Petitioners believe:<br>☐ Debts are primarily consumer debts<br>■ Debts are primarily business debts | ☐ Individual (Includes Joint Debtor)<br>☐ Corporation (Includes LLC and LLP)<br>■ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>■ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other |

| VENUE | FILING FEE (Check one box) |
|---|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ■ Full Filing Fee attached<br>☐ Petitioner is a child suport creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| | | |
| Relationship | District | Judge |
| | | |

| ALLEGATIONS (Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ■ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).<br>2. ■ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ■ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>or<br>3.b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

Name of Debtor __GleasonMadden Partnership__

Case No. _____

B5 (Official Form 5) (12/07) - Page 2

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _/s/ Patrick W. Gleason_
Signature of Petitioner or Representative (State title)

Patrick W. Gleason          February 4, 2009
Name of Petitioner          Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Patrick W. Gleason
791 Penfield Dr.
Carol Stream, IL 60188

X _____   February 4, 2009
Signature of Attorney       Date

Stahl Cowen Crowley, LLC
Name of Attorney Firm (If any)
55 W. Monroe Street
Suite 1200
Chicago, IL 60603
Address
Telephone No. 312-641-0060

---

X _____
Signature of Petitioner or Representative (State title)

Diane E. Gleason           February 4, 2009
Name of Petitioner          Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Diane E. Gleason
301 N. Ocean Blvd.
Apt #309
Pompano Beach, FL 33062

X _____   February 4, 2009
Signature of Attorney       Date

Stahl Cowen Crowley, LLC
Name of Attorney Firm (If any)
55 W. Monroe Street
Suite 1200
Chicago, IL 60603
Address
Telephone No. 312-641-0060

---

X _____
Signature of Petitioner or Representative (State title)

Margaret Ramirez           February 4, 2009
Name of Petitioner          Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Margaret Ramirez
1049 Baybrook Drive
Carol Stream, IL 60188

X _____   February 4, 2009
Signature of Attorney       Date

Stahl Cowen Crowley, LLC
Name of Attorney Firm (If any)
55 W. Monroe Street
Suite 1200
Chicago, IL 60603
Address
Telephone No. 312-641-0060

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Patrick W. Gleason<br>791 Penfield Dr.<br>Carol Stream, IL 60188 | Partnership distributions | 183,834.00 |
| Diane E. Gleason<br>301 N. Ocean Blvd.<br>Apt #309<br>Pompano Beach, FL 33062 | Partnership distributions | 183,834.00 |
| Margaret Ramirez<br>1049 Baybrook Drive<br>Carol Stream, IL 60188 | Partnership distributions | 183,834.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>1,103,004.00 |

_1_ of _1_ continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Name of Debtor: **Gleason/Madden Partnership**
Case No. _____

B5 (Official Form 5) (12/07) - Page 2

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| X_____ | X_____ February 4, 2009 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date |
| **Patrick W. Gleason**  February 4, 2009 | **Stahl Cowen Crowley, LLC** |
| Name of Petitioner  Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Patrick W. Gleason, 781 Penfield Dr., Carol Stream, IL 60188 | 55 W. Monroe Street, Suite 1200, Chicago, IL 60603 |
| | Address |
| | Telephone No. 312-641-0060 |

| X _[signed: Diane C Gleason]_ | X_____ February 4, 2009 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date |
| **Diane E. Gleason**  February 4, 2009 | **Stahl Cowen Crowley, LLC** |
| Name of Petitioner  Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Diane E. Gleason, 301 N. Ocean Blvd. Apt #309, Pompano Beach, FL 33062 | 55 W. Monroe Street, Suite 1200, Chicago, IL 60603 |
| | Address |
| | Telephone No. 312-641-0060 |

| X_____ | X_____ February 4, 2009 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date |
| **Margaret Ramirez**  February 4, 2009 | **Stahl Cowen Crowley, LLC** |
| Name of Petitioner  Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Margaret Ramirez, 1049 Baybrook Drive, Carol Stream, IL 60188 | 55 W. Monroe Street, Suite 1200, Chicago, IL 60603 |
| | Address |
| | Telephone No. 312-641-0060 |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Patrick W. Gleason, 781 Penfield Dr., Carol Stream, IL 60188 | Partnership distributions | 183,834.00 |
| Diane E. Gleason, 301 N. Ocean Blvd., Apt #309, Pompano Beach, FL 33062 | Partnership distributions | 183,834.00 |
| Margaret Ramirez, 1049 Baybrook Drive, Carol Stream, IL 60188 | Partnership distributions | 183,834.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims  1,103,004.00 |

Name of Debtor __Gleason/Madden Partnership__

B5 (Official Form 5) (12/07) - Page 2         Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| Petitioner | Attorney |
|---|---|
| X _____ Signature of Petitioner or Representative (State title)<br>**Patrick W. Gleason** February 4, 2009<br>Name of Petitioner / Date Signed<br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>Patrick W. Gleason<br>791 Penfield Dr.<br>Carol Stream, IL 60188 | X _____ February 4, 2009<br>Signature of Attorney / Date<br>**Stahl Cowen Crowley, LLC**<br>Name of Attorney Firm (If any)<br>55 W. Monroe Street<br>Suite 1200<br>Chicago, IL 60603<br>Address<br>Telephone No. __312-641-0060__ |
| X _____ Signature of Petitioner or Representative (State title)<br>**Diane E. Gleason** February 4, 2009<br>Name of Petitioner / Date Signed<br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>Diane E. Gleason<br>301 N. Ocean Blvd.<br>Apt #309<br>Pompano Beach, FL 33062 | X _____ February 4, 2009<br>Signature of Attorney / Date<br>**Stahl Cowen Crowley, LLC**<br>Name of Attorney Firm (If any)<br>55 W. Monroe Street<br>Suite 1200<br>Chicago, IL 60603<br>Address<br>Telephone No. __312-641-0060__ |
| X _/s/ Margaret Ramirez, General Partner_<br>Signature of Petitioner or Representative (State title)<br>**Margaret Ramirez** February 4, 2009<br>Name of Petitioner / Date Signed<br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>Margaret Ramirez<br>1045 Baybrook Drive<br>Carol Stream, IL 60188 | X _____ February 4, 2009<br>Signature of Attorney / Date<br>**Stahl Cowen Crowley, LLC**<br>Name of Attorney Firm (If any)<br>55 W. Monroe Street<br>Suite 1200<br>Chicago, IL 60603<br>Address<br>Telephone No. __312-641-0060__ |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Patrick W. Gleason<br>791 Penfield Dr.<br>Carol Stream, IL 60188 | Partnership distributions | 183,834.00 |
| Diane E. Gleason<br>301 N. Ocean Blvd.<br>Apt #309<br>Pompano Beach, FL 33062 | Partnership distributions | 183,834.00 |
| Margaret Ramirez<br>1045 Baybrook Drive<br>Carol Stream, IL 60188 | Partnership distributions | 183,834.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>1,103,004.00 |

Name of Debtor: **Gleason/Madden Partnership**

B5 (Official Form 5) (12/07) - Page 2

Case No.

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _Suzanne T. Mennecke_
Signature of Petitioner or Representative (State title)

Suzanne T. Mennecke          February 4, 2009
Name of Petitioner           Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Suzanne T. Mennecke
531 Queenswood Drive Lane
Wheaton, IL 60187

x _____           February 4, 2009
Signature of Attorney                Date

Stahl Cowen Crowley, LLC
Name of Attorney Firm (If any)

55 W. Monroe Street
Suite 1200
Chicago, IL 60603
Address
Telephone No. 312-641-0060

x _____
Signature of Petitioner or Representative (State title)

Linda M. McNeil              February 4, 2009
Name of Petitioner           Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Linda M. McNeil
791 Penfield Drive
Carol Stream, IL 60188

x _____           February 4, 2009
Signature of Attorney                Date

Stahl Cowen Crowley, LLC
Name of Attorney Firm (If any)

55 W. Monroe Street
Suite 1200
Chicago, IL 60603
Address
Telephone No. 312-641-0060

x _____
Signature of Petitioner or Representative (State title)

Michael B. Gleason           February 4, 2009
Name of Petitioner           Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Michael B. Gleason
31649 N. Calle De Los Flores
Cave Creek, AZ 85331

x _____           February 4, 2009
Signature of Attorney                Date

Stahl Cowen Crowley, LLC
Name of Attorney Firm (If any)

55 W. Monroe Street
Suite 1200
Chicago, IL 60603
Address
Telephone No. 312-641-0060

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Suzanne T. Mennecke<br>531 Queenswood Drive<br>Wheaton, IL 60187 | Partnership distributions | 183,834.00 |
| Linda M. McNeil<br>791 Penfield Drive<br>Carol Stream, IL 60188 | Partnership distributions | 183,834.00 |
| Michael B. Gleason<br>31649 N. Calle De Los Flores<br>Cave Creek, AZ 85331 | Partnership distributions | 183,834.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>1,103,004.00 |

_1_ continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Name of Debtor __Gleason/Madden Partnership__

B5 (Official Form 5) (12/07) - Page 2  
Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| X _____ | X _____ February 4, 2009 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney / Date |
| Suzanne T. Mennecke __ February 4, 2009 | Stahl Cowen Crowley, LLC |
| Name of Petitioner / Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Suzanne T. Mennecke, 531 Queenswood Drive, Wheaton, IL 60187 | 55 W. Monroe Street, Suite 1200, Chicago, IL 60603 |
| | Telephone No. 312-641-0060 |

| X _/s/ Linda M. McNeil_____ | X _____ February 4, 2009 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney / Date |
| Linda M. McNeil __ February 4, 2009 | Stahl Cowen Crowley, LLC |
| Name of Petitioner / Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Linda M. McNeil, 791 Penfield Drive, Carol Stream, IL 60188 | 55 W. Monroe Street, Suite 1200, Chicago, IL 60603 |
| | Telephone No. 312-641-0060 |

| X _____ | X _____ February 4, 2009 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney / Date |
| Michael B. Gleason __ February 4, 2009 | Stahl Cowen Crowley, LLC |
| Name of Petitioner / Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Michael B. Gleason, 31649 N. Calle De Los Flores, Cave Creek, AZ 85331 | 55 W. Monroe Street, Suite 1200, Chicago, IL 60603 |
| | Telephone No. 312-641-0060 |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Suzanne T. Mennecke, 531 Queenswood Drive, Wheaton, IL 60187 | Partnership distributions | 183,834.00 |
| Linda M. McNeil, 791 Penfield Drive, Carol Stream, IL 60188 | Partnership distributions | 183,834.00 |
| Michael B. Gleason, 31649 N. Calle De Los Flores, Cave Creek, AZ 85331 | Partnership distributions | 183,834.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the form above. | | Total Amount of Petitioners' Claims: 1,103,004.00 |

___1___ continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B5 (Official Form 5) (12/07) – Page 2

Name of Debtor: **Gleason/Madden Partnership**

Case No.

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| X_____<br>Signature of Petitioner or Representative (State title)<br><br>**Suzanne T. Mennecke**           February 4, 2009<br>Name of Petitioner                            Date Signed<br><br>Name & Mailing           **Suzanne T. Mennecke**<br>Address of Individual    **531 Queenswood Drive**<br>Signing in Representative **Wheaton, IL 60187**<br>Capacity | X_____   February 4, 2009<br>Signature of Attorney                          Date<br><br>**Stahl Cowen Crowley, LLC**<br>Name of Attorney Firm (If any)<br><br>**55 W. Monroe Street**<br>**Suite 1200**<br>**Chicago, IL 60603**<br>Address<br>Telephone No.  **312-641-0060** |
| X_____<br>Signature of Petitioner or Representative (State title)<br><br>**Linda M. McNeil**              February 4, 2009<br>Name of Petitioner                            Date Signed<br><br>Name & Mailing           **Linda M. McNeil**<br>Address of Individual    **791 Penfield Drive**<br>Signing in Representative **Carol Stream, IL 60188**<br>Capacity | X_____   February 4, 2009<br>Signature of Attorney                          Date<br><br>**Stahl Cowen Crowley, LLC**<br>Name of Attorney Firm (If any)<br><br>**55 W. Monroe Street**<br>**Suite 1200**<br>**Chicago, IL 60603**<br>Address<br>Telephone No.  **312-641-0060** |
| X  /s/ Michael B. Gleason<br>Signature of Petitioner or Representative (State title)<br><br>**Michael B. Gleason**           February 4, 2009<br>Name of Petitioner                            Date Signed<br><br>Name & Mailing           **Michael B. Gleason**<br>Address of Individual    **31649 N. Calle De Los Flores**<br>Signing in Representative **Cave Creek, AZ 85331**<br>Capacity | X_____   February 4, 2009<br>Signature of Attorney                          Date<br><br>**Stahl Cowen Crowley, LLC**<br>Name of Attorney Firm (If any)<br><br>**55 W. Monroe Street**<br>**Suite 1200**<br>**Chicago, IL 60603**<br>Address<br>Telephone No.  **312-641-0060** |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| **Suzanne T. Mennecke**<br>**531 Queenswood Drive**<br>**Wheaton, IL 60187** | **Partnership distributions** | 183,834.00 |
| **Linda M. McNeil**<br>**791 Penfield Drive**<br>**Carol Stream, IL 60188** | **Partnership distributions** | 183,834.00 |
| **Michael B. Gleason**<br>**31649 N. Calle De Los Flores**<br>**Cave Creek, AZ 85331** | **Partnership distributions** | 183,834.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>**1,103,004.00** |

__1__ continuation sheets attached

Copyright (c) 1996-2007 – Best Case Solutions – Evanston, IL – (800) 492-8037                                                                      Best Case Bankruptcy